LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein  (JB 4053)
880 Third Avenue
New York, New York 10022
(212) 371-0033
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GREGORY NASHKIN,                                :
                                                :
                Plaintiff,                      :
                                                :    07 Civ. 04140 (AKH) (FM)
        - against -                             :
                                                :
ALBERTO GONZALES, Secretary, U.S.               :    **NOTICE OF APPEARANCE**
Department of Justice,                          :
                                                :
                Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Gregory Nashkin.

Dated:  New York, New York
        March 14, 2008

                                          LEVY DAVIS & MAHER, LLP

                                   By:  ____/s/_____

                                          Jonathan A. Bernstein (JB 4053)
                                          Attorneys for Plaintiff
                                          880 Third Avenue
                                          New York, New York 10022
                                          (212) 371-0033

To:  John Dalton Clopper, Esq.
     U.S. Attorney's Office, S.D.N.Y.
     Attorney for Defendant
     86 Chambers Street
     New York, New York 10004
     (212) 637-2716