SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY NAKSHIN,   Plaintiff,

- against -

ALBERTO GONZALES, Defendant.
Secretary, U.S. DEP'T OF
JUSTICE

7 cv 4140 (akh)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Bernstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Dennis L. Friedman
Firm Name:
Address: 1515 Market Street, Suite 714
City/State/Zip: Philadelphia, Pennsylvania 19102
Phone Number: (215) 567-4600
Fax Number: (215) 567-7877

Dennis L. Friedman is a member in good standing of the Bar of the States of Pennsylvania, New Jersey and Florida

There are no pending disciplinary proceeding against Dennis L. Friedman in any State or Federal court.

Dated: 4/17/2008
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar JB 4053
Firm Name: Levy Davis & Maher, LLP
Address: 880 Third Ave., 9th Flr.
City/State/Zip: New York, NY 10022
Phone Number: (212) 371-0033
Fax Number: (212) 371-0463

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory Nakshin                    Plaintiff,

                                                          7   cv  4140    (akh )

        - against -
                              Defendant.                  **ORDER FOR ADMISSION**
Alberto Gonzales, Secretary, U.S.                         **PRO HAC VICE**
Department of Justice                                     **ON WRITTEN MOTION**

Upon the motion of  Jonathan Bernstein,    attorney for  Gregory Nashkin

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:    Dennis L. Friedman

　　　　Firm Name:

　　　　Address:             1515 Market Street, Suite 714

　　　　City/State/Zip:      Philadelphia, Pennsylvania 19102

　　　　Telephone/Fax:       (215) 567-4600

　　　　Email Address:       DLF1ESQ@aol.com; DLFESQ@comcast.net

is admitted to practice pro hac vice as counsel for  Gregory Nashkin  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#_____
SDNY Form Web 10/2006



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Dennis L. Friedman, Esq.*

### DATE OF ADMISSION

*October 11, 1974*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 14, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DENNIS L FRIEDMAN** (No. **007361975**) was constituted and appointed an Attorney at Law of New Jersey on **December 08, 1977** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **April**, 20 **08**

Clerk of the Supreme Court

-453a-

# Supreme Court of Florida

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## DENNIS LAWRENCE FRIEDMAN

was admitted as an Attorney and Counsellor entitled to practice law in all the Courts of the State of Florida on **June 4, 1975**, is presently inactive, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the capital, this March 20, 2008.

By: *Ashley Bonneau*
Deputy Clerk

---
Clerk of the Supreme Court of Florida

## CERTIFICATE OF SERVICE

     I, Jonathan A. Bernstein, hereby certify that on this 17th day of April, 2008, I served the within notice of motion for admission <u>pro</u> <u>hac</u> <u>vice</u> with supporting documents upon counsel for defendant by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed as indicated hereinunder:

                          John D. Clopper, Esq.
                          Assistant United States Attorney
                          Southern District of New York
                          86 Chambers Street
                          New York, New York 10007

                          _____
                          Jonathan A. Bernstein (JB 4053)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| GREGORY NAKSHIN,<br>           Plaintiff,<br><br>      v.<br><br>MICHAEL B. MUKASEY, Secretary,<br>Department of Justice,<br>           Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | AFFIDAVIT OF JONATHAN BERNSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*<br><br>07-CV-4140 (AKH) |

```
State of New York    )
                     )  ss:
County of New York   )
```

JONATHAN BERNSTEIN, being duly sworn, hereby deposes and says as follows:

1.  I am a member of the law firm of Levy Davis & Maher, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis L. Friedman as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law on March18, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Dennis L. Friedman since 2005.

4.  Mr. Friedman is a sole practitioner in Philadelphia, Pennsylvania.

5.  I have found Mr. Friedman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is

familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dennis L. Friedman, pro hac vice.

7. I respectfully submit a prosed order granting the admission of Dennis L. Friedman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dennis L. Friedman, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:   New York, New York
         April 17, 2008

_____
JONATHAN BERNSTEIN (JB 4053)

Sworn to before me
this 17th day of April, 2008

_____
Notary Public

JO ANN E. CANDIDUS
Notary Public, State of New York
No 24 4674453
Qualified in Kings County
Commission Expires March 30, 20__

2