# LEVY DAVIS & MAHER, LLP
### ATTORNEYS AT LAW

880 Third Avenue, Ninth Floor
New York, New York 10022-4730

SHELDON I. LEVY (1927-    )
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN
―――
HARMON L. FIELDS

TELEPHONE: (212) 371-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com



April 29, 2008

**By Fax Only**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: Nakshin v. Mukasey,
07 Civ 4140 (AKH)

Dear Judge Hellerstein:

We represent the plaintiff in this matter. I write with the consent of defense counsel and pursuant to Paragraph I(D) of Your Honor's Individual Rules of Practice to request an adjournment of the conference scheduled for May 2, 2008 at 9:30 a.m. No previous request for adjournment has been made. The requested adjournment would not require extension of any other dates or deadlines.

The parties have not been able to conduct discovery as expeditiously as planned. One of the deponents is no longer working for the contractor and another deponent is no longer employee by the Department of Justice. The government is endeavoring to locate both of these individuals. Plaintiff is scheduled to be deposed on May 14. Accordingly, the parties respectfully request that the May 2 conference be adjourned for a period of 60 days.

Respectfully submitted,

**MEMO ENDORSED**

Jonathan A. Bernstein

cc: John D. Clopper, Esq. (Attorney for Defendant)
Dennis L. Friedman, Esq.

*Handwritten endorsement:* The status conference is adjourned to July 11, 2008, 9:30 a.m. No further adjournments. 4-29-08 /s/ Alvin K. Hellerstein

*Stamp:* RECEIVED APR 29 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 4/30/08