# LEVY DAVIS & MAHER, LLP

### ATTORNEYS AT LAW

29 Broadway, Ninth Floor
New York, New York 10006

SHELDON J. LEVY (1927-1999)
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN

HARMON L. FIELDS

TELEPHONE: (212) 371-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com

July 1, 2008

*Accepted,*
*7-2-08*
*[signature] AKH*

**By Fax Only**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

           Re:    Nakshin v. Mukasey,
                    07 Civ 4140 (AKH)

Dear Judge Hellerstein:

      We represent the plaintiff in this matter. I write regarding the status conference currently scheduled for July 18, 2008 at 9:30 a.m.

      I am scheduled for trial in state court beginning July 16. Is it acceptable for plaintiff to be represented exclusively by Dennis Friedman at the conference? As Your Honor may recall, Mr. Friedman will try the case; I moved his admission pro hac vice.

                                        Respectfully submitted,

                                        Jonathan A. Bernstein

cc:    John D. Clopper, Esq. (Attorney for Defendant) (w/order adjourning July 11 conference)
       Dennis L. Friedman, Esq. (w/order adjourning July 11 conference)